**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CERTAIN UNDERWRITING MEMBERS AT LLOYD'S OF LONDON, | : | **NO:  1: 16-CV-00323** |
| | : | |
| Petitioners, | : | |
| v. | : | **NOTICE OF PETITIONERS' MOTION** |
| | : | **TO VACATE ARBITRATION AWARD** |
| INSURANCE COMPANY OF THE AMERICAS, | : | **PURSUANT TO 9 USC §10** |
| | : | |
| Respondent. | : | |
| | : | |
| | : | |

PLEASE TAKE NOTICE that as soon as counsel may be heard at a date convenient to Judge Vernon Broderick, Petitioners will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 518, New York, New York, before the Honorable Vernon Broderick, United States District Judge for an order pursuant to Section 10 of the Federal Arbitration Act, 9 U.S.C. §10, vacating the arbitration award entered in this matter on October 19, 2015.

PLEASE TAKE FURTHER NOTICE that in support of this motion Petitioners will rely upon this Notice of Motion, Petitioners' Memorandum of Law in Support of Motion to Vacate, and the Declaration of Timothy Stalker, Esq. together with its Exhibits submitted herewith.

PLEASE TAKE FURTHER NOTICE that Petitioners request oral argument.

                                        WEBER GALLAGHER SIMPSON
                                        STAPLETON FIRES & NEWBY LLP

                    By:      _____

                                        Kenneth M. Portner, Esquire
                                        2000 Market Street; 13th Floor
                                        Philadelphia, PA 19103
                                        Tel:  (215) 972-7921
                                        Email:  kportner@wglaw.com

Dated: January 15, 2016